UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 0 4 2020
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:20CR 00163 JM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| CHARLES ELRIC SCHLINKE | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

A.   On or about May 20, 2020, the defendant,

CHARLES ELRIC SCHLINKE,

had previously and knowingly been convicted of a crime punishable by a term of imprisonment exceeding one year, that is: Simple Robbery, in Olmsted County, Minnesota, District Court in Case Number 55-CR-15-3455.

B.   On or about May 20, 2020, in the Eastern District of Arkansas, the defendant,

CHARLES ELRIC SCHLINKE,

knowingly possessed, in and affecting commerce, one or more of the following firearms:

1. a Pietro Beretta, model Silver Pigeon, 12-gauge pump shotgun, bearing serial number 007740; and

2. a Ruger, model 10/22, 12 LR caliber rifle, bearing serial number 0006-57889.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, the defendant, CHARLES ELRIC SHLINKE, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to the following specific property:

1. a Pietro Beretta, model Silver Pigeon, 12-gauge pump shotgun, bearing serial number 007740;
2. a Ruger, model 10/22, 12 LR caliber rifle, bearing serial number 0006-57889;
3. and any ammunition.

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]