MJStar Reporting: INITIAL APPEARANCE, Length of Hearing(minutes): _____
ARRAIGNMENT, Length of Hearing (minutes): 2 min

3:06
3:08

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

United States of America

v.                      Case No.: 4:20CR00163-01 JM

Charles Elric Schlinke

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 25 2020

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## PLEA AND ARRAIGNMENT REPORT

Plea Date: 6/25/2020                  Deft is  X  is not ____ in custody
Continued Until: _____       ____ Deft did not appear
Reason for continuance _____     ____ Clerk to issue warrant

### COUNSEL

Assistant U. S. Attorney: **Stacy R. Williams**
Defense Counsel: Kendall Collins (FPD)   (Appointed)/ Retained
Interpreter's Name: _____

### PLEA

TRIAL BEFORE DISTRICT COURT                CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty  X  _____              Not Guilty _____
Guilty (indicates desire) _____           Guilty _____
Nolo Contendere (desire) _____            Nolo Contendere _____

  X  Demands Trial by Jury                 _____ Waives Jury Trial
                                           Deft agrees _____
                                           Govt agrees _____

### BAIL

Bail Set at: Detained   By: JTK   Date: 6/25/20
Writ (Lonoke Cty)

Bail Changed to: _____  By: _____  Date: _____

Number of Days estimated for Trial: **2 days**
Estimated Trial Date: **7/27/2020 @ 9:15 a.m., before the Honorable Judge James M. Moody Jr. in Room 4A. All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.**

Other: _____

**DATE: 6/25/2020**                SO ORDERED: _____
                                   U. S. MAGISTRATE JUDGE