**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**

v.  Case No. 4:20-cr-00163-1-JM

**CHARLES ELRIC SCHLINKE**

## ORDER OF DETENTION

The Defendant was taken into United States Marshal Service custody pursuant to a detainer in the above-entitled matter. A bond hearing, pursuant to the Bail Reform Act, was offered but Defendant's counsel notified the Court that Defendant waives his right to a detention hearing at this time and agrees to be detained. He reserves the right to request a detention hearing in the future should he so choose.

The Defendant is remanded to the custody of the United States Marshal Service. While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel. Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

IT IS SO ORDERED this 7th day of August 2020.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE