**MEMORANDUM**



**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 0 7 2020

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

**DATE:**   8/7/2020

**TO:**   Criminal Docket Clerk

**FROM:**   Carrie Young
U.S. Marshals Service


| 8/7/2020 (Date) | Deft. taken into U.S. Marshal Service custody on a detainer from <u>Lonoke County.</u> |
| --- | --- |
| _____ (Date) | Deft. taken into U.S. Marshal Service custody on a Warrant of Removal. |
| _____ (Date) | Deft. taken into U.S. Marshal Service custody on a Return Psychiatric Study. |
| _____ (Date) | Deft. returned to custody of _____ (State) |
| _____ (Date) | Deft. returned to custody of _____ (Another District) |

**CASE NO.:**   <u>4:20-CR-163 JM</u>
**DEFENDANT'S NAME:**   <u>Charles Elric Schlinke</u>