Case 4:20-cr-00163-JM   Document 18-1   Filed 09/09/20   Page 1 of 6

Skip to Main Content Logout My Account Search Menu New Criminal/Traffic/Petty Search Refine Search  Back    Location : All MNCIS Sites - Case Search   Help

# REGISTER OF ACTIONS
## CASE NO. 55-CR-15-3455

| | | |
|---|---|---|
| State of Minnesota vs Charles Elric Schlinke | § § § § § | Case Type: **Crim/Traf Mandatory**<br>Date Filed: **05/26/2015**<br>Location: **Olmsted** |

## PARTY INFORMATION

| | | | Lead Attorneys |
|---|---|---|---|
| **Defendant** | Schlinke, Charles Elric<br>Mantorville, MN 55955 | Male<br>DOB: 03/28/1990 | |
| **Jurisdiction** | State of Minnesota | | JOSEPH KENT ROSHOLT |

## CASE INFORMATION

| Charges: Schlinke, Charles Elric | Statute | Level | Date | Disposition | Level of Sentence |
|---|---|---|---|---|---|
| 1. Theft (Not applicable - GOC) | 609.52.2(a)(1) | Felony | 05/23/2015 | 10/05/2015 Dismissed | |
| 2. Simple Robbery | 609.24 | Felony | 05/23/2015 | 10/05/2015 Convicted | 02/26/2018 Conviction deemed a Misdemeanor pursuant to M.S. 609.13 |
| 3. Assault-5th Deg-Inflict or Attempt Bodily Harm (Not applicable - GOC) | 609.224.1(2) | Misdemeanor | 05/23/2015 | 10/05/2015 Dismissed | |

## EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

08/13/2015 **Plea** (Judicial Officer: Chase, Joseph F.)
    2. Simple Robbery
        Guilty

10/05/2015 **Disposition** (Judicial Officer: Jacobson, Debra A.)
    1. Theft (Not applicable - GOC)
        Dismissed
    3. Assault-5th Deg-Inflict or Attempt Bodily Harm (Not applicable - GOC)
        Dismissed
    2. Simple Robbery
        Convicted

10/05/2015 **Stay of Imposition Pursuant to M.S. 609.135** (Judicial Officer: Jacobson, Debra A.)
    2. Simple Robbery
    05/23/2015 (FEL) 609.24 (60924)

    Monitoring - Adult:
        Type: Supervised probation
        Agency: Dodge Fillmore Olmsted Community Corrections
        Term of 10 Yr
        10/05/2015 - 10/05/2025
        Comment: On a leve
        Status: Active 10/05/2015
    Condition - Adult:
        1. Follow all State and Federal criminal laws., 10/05/2015, Active 10/05/2015
        2. Contact your probation officer as directed., 10/05/2015, Active 10/05/2015
        3. Tell your probation officer within 72 hours if you have, contact with law enforcement. 10/05/2015, Active 10/05/2015
        4. Tell your probation officer within 72 hours if you are, charged with any new crime. 10/05/2015, Active 10/05/2015
        5. Tell your probation officer within 72 hours if you change, your address, employment, or telephone number. 10/05/2015, Active 10/05/2015
        6. Cooperate with the search of your person, residence,, Person - Place - Vehicle 10/05/2015, Active 10/05/2015
        7. Sign releases of information as directed., 10/05/2015, Active 10/05/2015
        8. Give a DNA sample when directed., 10/05/2015, Active 10/05/2015
        9. Do not use or possess firearms, ammunition or explosives, 10/05/2015, Active 10/05/2015
        10. Do not register to vote or vote until discharged from, probation and your civil rights are fully restored. 10/05/2015, Active 10/05/2015
        11. Contact with probation, 10/05/2015, Active 10/05/2015
        12. Follow all instructions of probation, 10/05/2015, Active 10/05/2015
        13. Sign Probation Agreement, 10/05/2015, Active 10/05/2015
        14. No alcohol/controlled substance use, 10/05/2015, Active 10/05/2015
        15. No possession of alcohol or drugs, 10/05/2015, Active 10/05/2015
        16. Take medications in the prescribed dosage and frequency, 10/05/2015, Active 10/05/2015
        17. Chemical dependency evaluation/treatment, 10/05/2015, Active 10/05/2015
        18. Mental Health Screening, 10/05/2015, Active 10/05/2015
        19. Complete treatment, Shall remain in custody until a bed is secured for inpatient treatment. Once a bed is secured for inpatient treatment, he may be released from treatment and go directly to treatment. 10/05/2015, Active 10/05/2015
        20. Aftercare, 10/05/2015, Active 10/05/2015
        21. Conditions, other, Comply with Olmsted County Social Services. 10/05/2015, Active 10/05/2015
        22. No assault, 10/05/2015, Active 10/05/2015
        23. No harassment violations, Or engaging in other conduct that would place anyone in reasonable fear of bodily harm. 10/05/2015, Active 10/05/2015
    Local Confinement:

    Agency: Olmsted County Jail
    Term: 136 Days
    Time To Serve: 136 Days
    Stay 0 Yr 0 Mo 0 Days
    Credit For Time Served: 136 Days
    Status: Satisfied 10/05/2015
Fee Totals:

| | | |
|---|---|---:|
| | Law Library Fees | $10.00 |
| | County/Sheriff & Felony Fines | $500.00 |
| | Crim/Traffic Surcharge (once per case) | $75.00 |
| | Fee Totals $ | $585.00 |

Service - Adult:
    Type: Community work service
    50 Hours For 1 Yr
    In Lieu of Fine ($500.00)
    Start: 10/05/2015 Due: 10/05/2016
    Comment: Receive credit - hour for hour - for attendance of AA.
    Status: Active 10/05/2015
Local Confinement:
    Agency: Olmsted County Jail
    Term: 90 Days
    Time To Serve: 90 Days
    Stay 0 Yr 0 Mo 0 Days
    Comment: Shall remain in custody until a bed is secured for inpatient treatment. Once a bed is secured for inpatient treatment, he may be released from treatment and go directly to treatment. If treatment is not secured within 30 days, a hearing shall be scheduled before Judge Jacobson. Once the defendant has left confinement to go to treatment, the jail time is considered satisfied.
    Status: Active 10/05/2015
Level of Sentence:
    Convicted of a Felony

06/15/2016 **Amended Stay of Imposition Pursuant to M.S. 609.135** (Judicial Officer: King, Pamela) Reason: Probation Violation
    2. Simple Robbery
    05/23/2015 (FEL) 609.24 (60924)

---

Monitoring - Adult:
    Type: Supervised probation
    Agency: Dodge Fillmore Olmsted Community Corrections
    Term of 10 Yr
    10/05/2015 - 10/05/2025
    Comment: On a leve
    Status: Active 10/05/2015
Condition - Adult:
    1. Follow all State and Federal criminal laws., 10/05/2015, Active 10/05/2015
    2. Contact your probation officer as directed., 10/05/2015, Active 10/05/2015
    3. Tell your probation officer within 72 hours if you have, contact with law enforcement. 10/05/2015, Active 10/05/2015
    4. Tell your probation officer within 72 hours if you are, charged with any new crime. 10/05/2015, Active 10/05/2015
    5. Tell your probation officer within 72 hours if you change, your address, employment, or telephone number. 10/05/2015, Active 10/05/2015
    6. Cooperate with the search of your person, residence,, Person - Place - Vehicle 10/05/2015, Active 10/05/2015
    7. Sign releases of information as directed., 10/05/2015, Active 10/05/2015
    8. Give a DNA sample when directed., 10/05/2015, Active 10/05/2015
    9. Do not use or possess firearms, ammunition or explosives, 10/05/2015, Active 10/05/2015
    10. Do not register to vote or vote until discharged from, probation and your civil rights are fully restored. 10/05/2015, Active 10/05/2015
    11. Contact with probation, 10/05/2015, Active 10/05/2015
    12. Follow all instructions of probation, 10/05/2015, Active 10/05/2015
    13. Sign Probation Agreement, 10/05/2015, Active 10/05/2015
    14. No alcohol/controlled substance use, 10/05/2015, Active 10/05/2015
    15. No possession of alcohol or drugs, 10/05/2015, Active 10/05/2015
    16. Take medications in the prescribed dosage and frequency, 10/05/2015, Active 10/05/2015
    17. Chemical dependency evaluation/treatment, 10/05/2015, Active 10/05/2015
    18. Mental Health Screening, 10/05/2015, Active 10/05/2015
    19. Complete treatment, Shall remain in custody until a bed is secured for inpatient treatment. Once a bed is secured for inpatient treatment, he may be released from treatment and go directly to treatment. 10/05/2015, Active 10/05/2015
    20. Aftercare, 10/05/2015, Active 10/05/2015
    21. Conditions, other, Comply with Olmsted County Social Services. 10/05/2015, Active 10/05/2015
    22. No assault, 10/05/2015, Active 10/05/2015
    23. No harassment violations, Or engaging in other conduct that would place anyone in reasonable fear of bodily harm. 10/05/2015, Active 10/05/2015
Local Confinement:
    Agency: Olmsted County Jail
    Term: 136 Days
    Time To Serve: 136 Days
    Stay 0 Yr 0 Mo 0 Days
    Credit For Time Served: 136 Days
    Status: Satisfied 10/05/2015
Fee Totals:

| | | |
|---|---|---:|
| | Law Library Fees | $10.00 |
| | County/Sheriff & Felony Fines | $500.00 |
| | Crim/Traffic Surcharge (once per case) | $75.00 |
| | Fee Totals $ | $585.00 |

Service - Adult:
    Type: Community work service

    50 Hours For 1 Yr
    In Lieu of Fine ($500.00)
    Start: 10/05/2015 Due: 10/05/2016
    Comment: Receive credit - hour for hour - for attendance of AA.
    Status: Active 10/05/2015
   Local Confinement:
    Agency: Olmsted County Jail
    Term: 90 Days
    Time To Serve: 90 Days
    Stay 0 Yr 0 Mo 0 Days
    Comment: Shall remain in custody until a bed is secured for inpatient treatment. Once a bed is secured for inpatient treatment, he may be released from treatment and go directly to treatment. If treatment is not secured within 30 days, a hearing shall be scheduled before Judge Jacobson. Once the defendant has left confinement to go to treatment, the jail time is considered satisfied.
    Status: Active 10/05/2015
   Local Confinement:
    Agency: Olmsted County Jail
    Term: 6 Days
    Time To Serve: 6 Days
    Stay 0 Yr 0 Mo 0 Days
    Credit For Time Served: 6 Days
    Status: Satisfied 06/15/2016
   Condition - Adult:
    1. Chemical dependency evaluation/treatment, make an appointment for evaluation within 7 business days 06/15/2016, Active 06/15/2016
    2. Follow recommendations of evaluation, including treatment and/or aftercare 06/15/2016, Active 06/15/2016
    3. Conditions, other, Make an appointment with primary medical provider within 7 business days, getting back into medication compliance 06/15/2016, Active 06/15/2016
    4. Take medications in the prescribed dosage and frequency, 06/15/2016, Active 06/15/2016
    5. Individual Therapy, Continue therapy at Common Ground with Dr. Rachel Suera, making all scheduled appointments 06/15/2016, Active 06/15/2016
    6. Attend AA (Alcoholics Anonymous), Attend 2 sober meetings per week, providing verification of attendance to probation 06/15/2016, Active 06/15/2016
   Level of Sentence:
    Convicted of a Felony

02/26/2018  **Amended Stay of Imposition Pursuant to M.S. 609.135** Reason: Probation Violation
   2. Simple Robbery
   05/23/2015 (FEL) 609.24 (60924)

   Monitoring - Adult:
    Type: Supervised probation
    Agency: Dodge Fillmore Olmsted Community Corrections
    Term of 10 Yr
    10/05/2015 - 10/05/2025
    Comment: On a leve
    Status: Closed 12/10/2018
   Condition - Adult:
    1. Follow all State and Federal criminal laws., 10/05/2015, Active 10/05/2015
    2. Contact your probation officer as directed., 10/05/2015, Active 10/05/2015
    3. Tell your probation officer within 72 hours if you have, contact with law enforcement. 10/05/2015, Active 10/05/2015
    4. Tell your probation officer within 72 hours if you are, charged with any new crime. 10/05/2015, Active 10/05/2015
    5. Tell your probation officer within 72 hours if you change, your address, employment, or telephone number. 10/05/2015, Active 10/05/2015
    6. Cooperate with the search of your person, residence,, Person - Place - Vehicle 10/05/2015, Active 10/05/2015
    7. Sign releases of information as directed., 10/05/2015, Active 10/05/2015
    8. Give a DNA sample when directed., 10/05/2015, Active 10/05/2015
    9. Do not use or possess firearms, ammunition or explosives, 10/05/2015, Active 10/05/2015
    10. Do not register to vote or vote until discharged from, probation and your civil rights are fully restored. 10/05/2015, Active 10/05/2015
    11. Contact with probation, 10/05/2015, Active 10/05/2015
    12. Follow all instructions of probation, 10/05/2015, Active 10/05/2015
    13. Sign Probation Agreement, 10/05/2015, Active 10/05/2015
    14. No alcohol/controlled substance use, 10/05/2015, Active 10/05/2015
    15. No possession of alcohol or drugs, 10/05/2015, Active 10/05/2015
    16. Take medications in the prescribed dosage and frequency, 10/05/2015, Active 10/05/2015
    17. Chemical dependency evaluation/treatment, 10/05/2015, Active 10/05/2015
    18. Mental Health Screening, 10/05/2015, Active 10/05/2015
    19. Complete treatment, Shall remain in custody until a bed is secured for inpatient treatment. Once a bed is secured for inpatient treatment, he may be released from treatment and go directly to treatment. 10/05/2015, Active 10/05/2015
    20. Aftercare, 10/05/2015, Active 10/05/2015
    21. Conditions, other, Comply with Olmsted County Social Services. 10/05/2015, Active 10/05/2015
    22. No assault, 10/05/2015, Active 10/05/2015
    23. No harassment violations, Or engaging in other conduct that would place anyone in reasonable fear of bodily harm. 10/05/2015, Active 10/05/2015
   Local Confinement:
    Agency: Olmsted County Jail
    Term: 136 Days
    Time To Serve: 136 Days
    Stay 0 Yr 0 Mo 0 Days
    Credit For Time Served: 136 Days
    Status: Satisfied 10/05/2015
   Fee Totals:

| | | |
|---|---|---|
| | Law Library Fees | $10.00 |
| | County/Sheriff & Felony Fines | $500.00 |
| | Crim/Traffic Surcharge (once per case) | $75.00 |
| | Fee Totals $ | $585.00 |

   Service - Adult:

    Type: Community work service
    50 Hours For Indeterminate
    In Lieu of Fine ($500.00)
    Start: 10/05/2015 Due: 12/31/2018
    Comment: After completion of inpatient treatment, shall receive credit for up to 25 hours for participation in aftercare such as AA or NA, etc.
    Status: Active 10/05/2015
Local Confinement:
    Agency: Olmsted County Jail
    Term: 90 Days
    Time To Serve: 90 Days
    Stay 0 Yr 0 Mo 0 Days
    Comment: Shall remain in custody until a bed is secured for inpatient treatment. Once a bed is secured for inpatient treatment, he may be released from treatment and go directly to treatment. If treatment is not secured within 30 days, a hearing shall be scheduled before Judge Jacobson. Once the defendant has left confinement to go to treatment, the jail time is considered satisfied.
    Status: Active 10/05/2015
Local Confinement:
    Agency: Olmsted County Jail
    Term: 6 Days
    Time To Serve: 6 Days
    Stay 0 Yr 0 Mo 0 Days
    Credit For Time Served: 6 Days
    Status: Satisfied 06/15/2016
Condition - Adult:
    1. Chemical dependency evaluation/treatment, make an appointment for evaluation within 7 business days 06/15/2016, Active 06/15/2016
    2. Follow recommendations of evaluation, including treatment and/or aftercare 06/15/2016, Active 06/15/2016
    3. Conditions, other, Make an appointment with primary medical provider within 7 business days, getting back into medication compliance 06/15/2016, Active 06/15/2016
    4. Take medications in the prescribed dosage and frequency, 06/15/2016, Active 06/15/2016
    5. Individual Therapy, Continue therapy at Common Ground with Dr. Rachel Suera, making all scheduled appointments 06/15/2016, Active 06/15/2016
    6. Attend AA (Alcoholics Anonymous), Attend 2 sober meetings per week, providing verification of attendance to probation 06/15/2016, Active 06/15/2016
Local Confinement:
    Agency: Olmsted County Jail
    Term: 90 Days
    Time To Serve: 90 Days
    Credit For Time Served: 6 Days
    Comment: Should inpatient treatment be recommended, Defendant may be released directly to inpatient treatment once a bed becomes available even if jail time remains. Any remaining jail time shall be vacated so long as Defendant successfully completes treatment. Should Defendant fail to complete treatment or absconds, shall return to the jail to serve any remaining jail time.
    Status: Active 02/26/2018
Condition - Adult:
    1. Complete treatment, Enter into, participate in and successfully complete treatment and follow all recommendations, including aftercare 02/26/2018, Active 02/26/2018
    2. Chemical dependency evaluation/treatment, complete an updated evaluation 02/26/2018, Active 02/26/2018
    3. Follow recommendations of evaluation, 02/26/2018, Active 02/26/2018
Level of Sentence:
    Conviction deemed a Misdemeanor pursuant to M.S. 609.13

**OTHER EVENTS AND HEARINGS**

| Date | Event |
|---|---|
| 05/22/2015 | **Probable Cause Found to Detain**    **Index # 6** (Judicial Officer: Buytendorp, Nancy L. ) |
| 05/26/2015 | **E-filed Comp-Order for Detention**    **Index # 1** (Judicial Officer: Bearse,Edward W. , ) |
| 05/26/2015 | **First Appearance** (10:30 AM) (Judicial Officer Bearse,Edward W. ,)<br>Result: Held |
| 05/26/2015 | **Bail Study**    **Index # 2** |
| 05/26/2015 | **Interim Condition for Schlinke, Charles Elric**<br>- Post bond<br>  $40,000.00<br>- Complete booking<br>- Do not leave Minnesota without written court approval<br>- Keep court/attorney informed of current address<br>- No assault<br>- No disorderly conduct<br>- No trespassing<br>- Remain law-abiding<br>- Make all future court appearances<br>- Make and maintain contact with attorney<br>- Sign Waiver of Extradition<br>- Obey Fail To Appear Warning<br>- No use or possession of firearms or dangerous weapons<br>- No threatening behavior<br>- Pay bail with conditions<br>  $20,000.00 |
| 05/26/2015 | **Application for Public Defender**    **Index # 3** |
| 05/26/2015 | **Order Granting Public Defender**    **Index # 4** (Judicial Officer: Bearse,Edward W. , ) |
| 05/26/2015 | **Firearms Order**    **Index # 5** (Judicial Officer: Bearse,Edward W. , ) |
| 05/28/2015 | **Notice of Evidence and Identification Procedures**    **Index # 7** |
| 05/28/2015 | **Discovery Disclosure**    **Index # 8** |
| 05/28/2015 | **Request for Disclosure**    **Index # 9** |
| 05/29/2015 | **Proposed Order or Document**    **Index # 10** |
| 06/04/2015 | **Amended Criminal Complaint**    **Index # 11** |
| 06/04/2015 | **Notice of Motion and Motion**    **Index # 13** |
| 06/05/2015 | **Affidavit of Service**    **Index # 12** |
| 06/08/2015 | *CANCELED*    **Initial Appearance - Rule 8** (9:00 AM) (Judicial Officer Bearse,Edward W. ,)<br>    Other |
| 06/09/2015 | **Initial Appearance - Rule 8** (9:00 AM) (Judicial Officer Bearse,Edward W. ,) |

| | | |
|---|---|---|
| | Result: Held | |
| 06/09/2015 | **Demand for Omnibus Hearing**       Index # 14 | |
| 06/09/2015 | **Order for Preparation of Sentencing Worksheet**       Index # 15 (Judicial Officer: Bearse,Edward W. , ) | |
| 06/09/2015 | **Request for Hearing**       Index # 16 | |
| 06/29/2015 | **Sentencing Worksheet**       Index # 17 | |
| 07/07/2015 | **Omnibus Hearing**  (10:00 AM) (Judicial Officer Chase, Joseph F.) | |
| | Result: Held | |
| 07/07/2015 | **Motion**       Index # 18 (Judicial Officer: Chase, Joseph F. ) | |
| 07/07/2015 | **Affidavit-Other**       Index # 19 (Judicial Officer: Chase, Joseph F. ) | |
| 07/07/2015 | **Order-Evaluation for Competency to Proceed (Rule 20.01)**       Index # 20 (Judicial Officer: Chase, Joseph F. ) | |
| 07/07/2015 | **Order-Evaluation for Mental Deficiency or Illness (R. 20.02)**       Index # 21 (Judicial Officer: Chase, Joseph F. ) | |
| 08/03/2015 | **Rule 20 Evaluation Report**       Index # 22 | |
| 08/03/2015 | **Rule 20 Evaluation Report**       Index # 23 | |
| 08/06/2015 | **Rule 20 Report Distributed** | |
| 08/06/2015 | **Proposed Order or Document**       Index # 24 | |
| 08/11/2015 | **Notice-Other**       Index # 25 (Judicial Officer: Chase, Joseph F. ) | |
| 08/11/2015 | **Schedule Hearing** | |
| 08/12/2015 | **Notice-Other**       Index # 26 | |
| 08/13/2015 | **Plea Hearing**  (9:00 AM) (Judicial Officer Chase, Joseph F.) | |
| | Result: Held | |
| 08/13/2015 | **Petition to Enter Guilty Plea**       Index # 27 | |
| 08/13/2015 | **Order-Presentence Investigation**       Index # 28 (Judicial Officer: Chase, Joseph F. ) | |
| 08/13/2015 | **Interim Condition for Schlinke, Charles Elric** | |
| |    - Complete booking | |
| |    - Do not leave Minnesota without written court approval | |
| |    - Jail or lockup | |
| |    - Keep court/attorney informed of current address | |
| |    - No assault | |
| |    - No disorderly conduct | |
| |    - No trespassing | |
| |    - Remain law-abiding | |
| |    - Make all future court appearances | |
| |    - Make and maintain contact with attorney | |
| |    - Sign Waiver of Extradition | |
| |    - Obey Fail To Appear Warning | |
| |    - No use or possession of firearms or dangerous weapons | |
| |    - No threatening behavior | |
| 08/18/2015 | **Correspondence**       Index # 29 | |
| 08/18/2015 | **Proposed Order or Document**       Index # 30 | |
| 08/19/2015 | **Notice-Other**       Index # 31 (Judicial Officer: Stevens, Christina K. ) | |
| 09/25/2015 | **Presentence Investigation Report**       Index # 32 | |
| 09/25/2015 | **PSI Distributed** | |
| 10/05/2015 | **Sentencing**  (3:30 PM) (Judicial Officer Jacobson, Debra A.) | |
| | Result: Held | |
| 10/05/2015 | **Interim Condition for Schlinke, Charles Elric** | |
| |    - Complete booking | |
| |    - Do not leave Minnesota without written court approval | |
| |    - Jail or lockup | |
| |    - Keep court/attorney informed of current address | |
| |    - No assault | |
| |    - No disorderly conduct | |
| |    - No trespassing | |
| |    - Remain law-abiding | |
| |    - Make all future court appearances | |
| |    - Make and maintain contact with attorney | |
| |    - Sign Waiver of Extradition | |
| |    - Obey Fail To Appear Warning | |
| |    - No use or possession of firearms or dangerous weapons | |
| |    - No threatening behavior | |
| 10/05/2015 | **Sentencing Order**       Index # 33 (Judicial Officer: Jacobson, Debra A. ) | |
| 06/14/2016 | **Probation Violation Report**       Index # 34 | |
| 06/14/2016 | **Proposed Order or Document**       Index # 35 | |
| 06/14/2016 | **e-Service** | |
| |    Schlinke, Charles Elric | Served | 06/14/2016 |
| 06/14/2016 | **e-Service** | |
| |    Schlinke, Charles Elric | Served | 06/14/2016 |
| 06/15/2016 | **Probation Violation Order**       Index # 36 (Judicial Officer: Birnbaum, Robert ) | |
| 06/15/2016 | **Probation Violation Hearing**  (10:30 AM) (Judicial Officer King, Pamela) | |
| | Result: Held | |
| 06/15/2016 | **Probation Violation Admitted** | |
| 06/15/2016 | **Probation Violation Found** (Judicial Officer: King, Pamela ) | |
| 06/15/2016 | **Probation Continued - Same Terms and Conditions** | |
| 03/16/2017 | **Sent to Collections** | |
| 03/27/2017 | **Collection Referral Rejected by Collection Agency** | |
| 06/20/2017 | **Sent to Collections** | |
| 02/23/2018 | **Probation Violation Report**       Index # 37 | |
| 02/23/2018 | **Proposed Order or Document**       Index # 38 | |
| 02/23/2018 | **Statement of Rights**       Index # 39 | |
| 02/23/2018 | **e-Service** | |
| |    OLMSTED COUNTY DEPT - CORRECTIONS | Served | 02/23/2018 |
| 02/23/2018 | **e-Service** | |
| |    OLMSTED COUNTY DEPT - CORRECTIONS | Served | 02/23/2018 |
| 02/23/2018 | **e-Service** | |
| |    OLMSTED COUNTY DEPT - CORRECTIONS | Served | 02/23/2018 |
| 02/23/2018 | **Proposed Order Due [R]** | |
| 02/26/2018 | **Probation Violation Order for Detention**       Index # 40 (Judicial Officer: Opat, Matthew J. ) | |
| 02/26/2018 | **Probation Violation Hearing**  (1:30 PM) (Judicial Officer Opat, Matthew J.) | |

|            | Result: Held |  |
|---|---|---|
| 02/26/2018 | **Probation Violation Admitted** | |
| 02/26/2018 | **Probation Violation Found** (Judicial Officer: Opat, Matthew J. ) | |
| 02/26/2018 | **Probation Continued - Same Terms and Conditions** | |
| 02/26/2018 | **Update sent to Collections** | |
| 11/30/2018 | **Probation Recommendation**    Index # 43 | |
| 11/30/2018 | **Proposed Order or Document**    Index # 44 | |
| 12/02/2018 | **Update sent to Collections** | |
| 12/03/2018 | **Notice-Other**    Index # 45 | |
| 12/10/2018 | **Probation Recommendation**    Index # 46 | |
| 12/10/2018 | **Proposed Order or Document**    Index # 47 | |
| 12/10/2018 | **Discharge from Probation or Monitoring**    Index # 48 (Judicial Officer: Allen, Jacob C ) | |
| 12/10/2018 | **Restoration of Voting Rights Sent to SOS** | |

**FINANCIAL INFORMATION**

|            | **Defendant** Schlinke, Charles Elric | |
|---|---|---|
|            | Total Financial Assessment | 660.00 |
|            | Total Payments and Credits | 0.00 |
|            | **Balance Due as of 08/07/2020** | **660.00** |
| 06/01/2015 | Transaction Assessment | 75.00 |
| 10/05/2015 | Transaction Assessment | 585.00 |