STATE OF MINNESOTA }                    IN DISTRICT COURT

COUNTY OF OLMSTED }   ORDER             THIRD JUDICIAL DISTRICT
                                        **FILE# 55-CR-15-3455**
                                        Charles Elric Schlinke
                                        DOB: 3/28/1990
                                        31 County Rd
                                        Mantorville, MN 55955


☒ Discharge from probation.


This discharge does not change any possible firearms restrictions that may be placed upon you. It is your individual responsibility to determine whether or not your firearms rights have been restricted.
Resources for obtaining this information would be the Minnesota Statutes, contacting your attorney, or contacting the Bureau of Alcohol, Tobacco, Firearms and Explosives at (651) 726-0200.


District Court Judge                              Date